UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
GRACIELA DONCOUSE,  :
:
                   Plaintiff,  :
:         24-CV-1268 (VSB)
      -against-  :
:         **ORDER**
CANNABIS CULTURE CORPORATION  :
AND L&E BROKERAGE INC.,  :
:
                  Defendants.  :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on February 2, 2024, (Doc. 1), and filed affidavits of service on March 15, 2024, (Docs. 5, 6). The deadline for Defendants to respond to Plaintiff's complaint was March 28, 2024. To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 10, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 26, 2024
             New York, New York

                                                                 _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge